Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 09-32530 |
| --- | --- |
| RICHARD BYRON STILSON | Chapter 7 |
| Debtor(s). | Judge: JOEL T. MARKER |

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
| --- | --- | --- |
| 1 | CU Access LLC<br>1743 West 6200 South, Suite 6<br>Salt Lake City, UT 84118 | 3.65 |

A check in the amount of $3.65 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 22nd day of April, 2011.

_____
PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 22nd day of April, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

JOHN S. LARSEN
HENDRICKS & LARSEN, PC
251 W. RIVER PARK DRIVE, STE 275
PROVO, UT 84604

_____